UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PENSKE MEDIA CORPORATION,  :
: No. 1:20-CV-04583 (MKV)
Plaintiff,  :
: **NOTICE OF VOLUNTARY**
v.  : **DISMISSAL**
:
SHUTTERSTOCK, INC.  :
:
Defendant.  :
---------------------------------------------------------------x

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Penske Media Corporation, by and through undersigned counsel, hereby voluntarily dismisses its cause of action for copyright infringement of the 23 Photographs in Exhibit 1 to the Complaint, without prejudice. *See Burgos v. City of New York*, No. 18-CV-1150 (JPO), 2019 WL 1299461, at *2 n.4 (S.D.N.Y. Mar. 21, 2019) ("The Court will follow the numerous other courts in this Circuit that have interpreted Rule 41(a)(1)(A) to permit the withdrawal of individual claims.") (accumulating cases).

Dated: New York, New York
July 24, 2020

SHAPIRO ARATO BACH LLP

By: /s/ Cynthia S. Arato
   Cynthia S. Arato
   Lauren M. Capaccio

500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone: (212) 257-4882
Facsimile: (212) 202-6417
carato@shapiroarato.com

*Attorneys for Plaintiff Penske Media Corporation*