# Exhibit 1

## Part 1






**Event: All LAUSD schools closed by unspecified threat, Los Angeles, America - 15 Dec 2015**
**Registration Title: PMC Archive Collection No. 9**
**Copyright Registration Number: VA0002215216**




**Event: VH1 'Barely Famous' TV show premiere, Los Angeles, USA - 14 Jun 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**

**Event: VH1 'Barely Famous' TV show premiere, Los Angeles, USA - 14 Jun 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: OWN Network 'Greenleaf' TV series premiere, Los Angeles, USA - 15 Jun 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: OWN Network 'Greenleaf' TV series premiere, Los Angeles, USA - 15 Jun 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: Boys & Girls Harbor 'Salute to Achievement' benefit, New York, USA - 26 Sep 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: God's Love We Deliver 'Golden Heart Awards', New York, USA - 17 Oct 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: God's Love We Deliver 'Golden Heart Awards', New York, USA - 17 Oct 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: God's Love We Deliver 'Golden Heart Awards', New York, USA - 17 Oct 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: God's Love We Deliver 'Golden Heart Awards', New York, USA - 17 Oct 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: God's Love We Deliver 'Golden Heart Awards', Show, New York, USA - 17 Oct 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: TrevorLIVE fundraiser, Los Angeles, USA - 04 Dec 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: TrevorLIVE fundraiser, Los Angeles, USA - 04 Dec 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: TrevorLIVE fundraiser, Los Angeles, USA - 04 Dec 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: TrevorLIVE fundraiser, Los Angeles, USA - 04 Dec 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: TrevorLIVE fundraiser, Los Angeles, USA - 04 Dec 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**



**Event: TrevorLIVE fundraiser, Los Angeles, USA - 04 Dec 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**







**Event: TrevorLIVE fundraiser, Los Angeles, USA - 04 Dec 2016**
**Registration Title: PMC Archive Collection No. 8**
**Copyright Registration Number: VA0002215215**