# Exhibit 1

## Part 2



**Event: 'Lemony Snicket's A Series of Unfortunate Events' TV series premiere, New York, USA - 11 Jan 2017**
**Registration Title: PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**



**Event: YMA Fashion Scholarship Fund Geoffrey Beene National Scholarship Awards Dinner, Arrivals, Grand Hyatt New York, USA - 12 Jan 2017**
**Registration Title:  PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**



**Event: Muhammad Ali's Celebrity Fight Night XXIII, Arrivals, Phoenix, USA - 18 Mar 2017**

**Registration Title:  PMC Archive Collection No. 7**

**Copyright Registration Number: VA0002215218**



**Event: Muhammad Ali's Celebrity Fight Night XXIII, Show, Phoenix, USA - 18 Mar 2017**
**Registration Title: PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**



**Event: Muhammad Ali's Celebrity Fight Night XXIII, Show, Phoenix, USA - 18 Mar 2017**
**Registration Title:  PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**



**Event: Bonpoint 'Mon Premier Diamant' launch dinner, New York, USA - 20 Apr 2017**
**Registration Title:  PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**



**Event: Bonpoint 'Mon Premier Diamant' launch dinner, New York, USA - 20 Apr 2017**
**Registration Title:  PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**



**Event: 'Genius' TV show screening, Afterparty, Tribeca Film Festival, New York - 20 Apr 2017**
**Registration Title:  PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**



**Event: 'Full Frontal with Samantha Bee' TV show FYC event, Panel, New York, USA - 16 May 2017**
**Registration Title: PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**



**Event: 'The Tick' TV show premiere, Arrivals, New York, USA - 16 Aug 2017**
**Registration Title:  PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**



**Event: 'The Tick' TV show premiere, Arrivals, New York, USA - 16 Aug 2017**
**Registration Title:  PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**



**Event: Dior Lady Art #2 dinner, New York, USA - 30 Nov 2017**
**Registration Title:  PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**



**Event: Dior Lady Art #2 dinner, New York, USA - 30 Nov 2017**
**Registration Title:  PMC Archive Collection No. 7**
**Copyright Registration Number: VA0002215218**








**Event: Elton John Announces 'Farewell Yellow Brick Road' Tour, New York, USA - 24 Jan 2018**
**Registration Title:  PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**










**Event: 90th Annual Academy Awards, Rehearsal, Los Angeles, USA - 03 Mar 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**



**Event: 90th Annual Academy Awards, Preparations, Los Angeles, USA - 04 Mar 2018**
**Registration Title:  PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**



**Event: Marvel's 'Jessica Jones' season 2 TV show premiere, Arrivals, New York, USA - 07 Mar 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**














**Event: Marvel's 'Jessica Jones' season 2 TV show premiere, Arrivals, New York, USA - 07 Mar 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**

   

**Event: 'Fahrenheit 451' film premiere, Arrivals, New York, USA - 08 May 2018**
**Registration Title:  PMC Archive Collection No. 3**
**Copyright Registration Number: VA0002211262**