# Exhibit 1

## Part 3



**Event: 'Fahrenheit 451' film premiere, Arrivals, New York, USA - 08 May 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**



**Event: 'Fahrenheit 451' film premiere, Arrivals, New York, USA - 08 May 2018
Registration Title: PMC Archive Collection No. 6
Copyright Registration Number: VA0002214092**



**Event: 'Fahrenheit 451' film premiere, Arrivals, New York, USA - 08 May 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**



**Event: GenNext Awards, New York, USA - 13 Sep 2018
Registration Title: PMC Archive Collection No. 6
Copyright Registration Number: VA0002214092**



**Event: GenNext Awards, New York, USA - 13 Sep 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**



**Event: GenNext Awards, New York, USA - 13 Sep 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**

    
**Event: American Theater Wing Gala, Arrivals, New York, USA - 24 Sep 2018**
**Registration Title:  PMC Archive Collection No. 3**
**Copyright Registration Number: VA0002211262**





**Event: American Theater Wing Gala, Arrivals, New York, USA - 24 Sep 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**



**Event: American Theater Wing Gala, Inside, New York, USA - 24 Sep 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**







**Event: 'The Grinch' film premiere, New York, USA - 03 Nov 2018**
**Registration Title:  PMC Archive Collection No. 3**
**Copyright Registration Number: VA0002211262**



**Event: 'The Grinch' film premiere, New York, USA - 03 Nov 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**



**Event: 'The Grinch' film premiere, New York, USA - 03 Nov 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**







**Event: 'The Grinch' film premiere, New York, USA - 03 Nov 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**



**Event: 'Second Act' film premiere, Arrivals, New York, USA - 12 Dec 2018**
**Registration Title:  PMC Archive Collection No. 3**
**Copyright Registration Number: VA0002211262**



**Event: 'Second Act' film premiere, Arrivals, New York, USA - 12 Dec 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**



**Event: 'Second Act' film premiere, Arrivals, New York, USA - 12 Dec 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**



**Event: 'Second Act' film premiere, Arrivals, New York, USA - 12 Dec 2018**
**Registration Title: PMC Archive Collection No. 6**
**Copyright Registration Number: VA0002214092**



**Event: HBO Golden Globes After Party, Arrivals, Los Angeles, USA - 06 Jan 2019 (Inside)**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**