# Exhibit 1

## Part 4



**Event: 91st Annual Academy Awards, Roaming Arrivals, Los Angeles, USA - 24 Feb 2019**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**



**Event: 91st Annual Academy Awards, Roaming Arrivals, Los Angeles, USA - 24 Feb 2019**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**



**Event: 91st Annual Academy Awards, Roaming Arrivals, Los Angeles, USA - 24 Feb 2019**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**



**Event: 91st Annual Academy Awards, Roaming Arrivals, Los Angeles, USA - 24 Feb 2019**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**



**Event: 91st Annual Academy Awards, Roaming Arrivals, Los Angeles, USA - 24 Feb 2019**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**



**Event: 91st Annual Academy Awards, Roaming Arrivals, Los Angeles, USA - 24 Feb 2019**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**



**Event: 91st Annual Academy Awards, Roaming Arrivals, Los Angeles, USA - 24 Feb 2019**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**



**Event: 91st Annual Academy Awards, Roaming Arrivals, Los Angeles, USA - 24 Feb 2019**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**



**Event: 91st Annual Academy Awards, Governors Ball, Los Angeles, USA - 24 Feb 2019**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**



**Event: 91st Annual Academy Awards, Governors Ball, Los Angeles, USA - 24 Feb 2019**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**



**Event: 91st Annual Academy Awards, Governors Ball, Los Angeles, USA - 24 Feb 2019**
**Registration Title: PMC Archive Collection No. 5**
**Copyright Registration Number: VA0002213579**



**Event: 92nd Annual Academy Awards, Governors Ball, Los Angeles - 09 Feb 2020**
**Registration Title: PMC Archive Collection No. 4**
**Copyright Registration Number: VA0002213153**



**Event: 92nd Annual Academy Awards, Governors Ball, Los Angeles - 09 Feb 2020**
**Registration Title: PMC Archive Collection No. 4**
**Copyright Registration Number: VA0002213153**