

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

November 20, 2020

**VIA ECF**

The Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Re:** *Penske Media Corporation v. Shutterstock, Inc.*, No. 20 Civ. 04583 (MKV)

Dear Judge Vyskocil:

We are counsel for defendant Shutterstock, Inc. ("Shutterstock") in the above-captioned matter.

Pursuant to Section 4(A)(vii) of your Honor's Individual Rules, Shutterstock respectfully requests oral argument on its pending Motion to Dismiss the second, third, and fourth causes of action in the Amended Complaint (Dkt. No. 35). We note, in light of Section 3(B) of your Honor's Individual Rules, that a junior attorney who played a substantial role in drafting the underlying motion papers would be participating in a portion of the argument.

We thank the Court for its attention to this matter.

Respectfully,

Eleanor M. Lackman
Partner of
MITCHELL SILBERBERG & KNUPP LLP

EML