

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

March 17, 2021

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Penske Media Corp. v. Shutterstock, In*c., 20-cv-4583 (MKV)

Dear Judge Vyskocil:

  We write regarding the parties' December 21, 2021 pre-motion letter (Dkt. No. 51), in which (1) Plaintiff PMC requested that the Court compel Shutterstock to hold a Rule 26(f) discovery conference; and (2) Defendant Shutterstock requested a stay of discovery. As contemplated by Rule 3(d) of your Honor's Individual Rules, Plaintiff respectfully requests that the Court schedule a conference with the parties to address the matters.

          Sincerely,

          /s/ Cynthia S. Arato

          Cynthia S. Arato