UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENSKE MEDIA CORPORATION,<br><br>         Plaintiff,<br><br>v.<br><br>SHUTTERSTOCK, INC.,<br><br>         Defendant. | Case No. 20-CV-04583 (MKV)<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of this Court and all parties of record:

I certify that I am admitted to practice before this Court, and I appear in the above-captioned action as counsel for defendant Shutterstock, Inc.

                     Respectfully Submitted,

Dated: New York, New York    MITCHELL, SILBERBERG & KNUPP LLP
     March 24, 2021

                    By: /s/ Marissa B. Lewis
                      Marissa B. Lewis
                      437 Madison Avenue, 25th Floor
                      New York, New York 10022
                      Tel: (212) 509-3900
                      Fax: (212) 509-7239
                      mbl@msk.com

                   *Attorneys for Defendant Shutterstock, Inc.*