

500 Fifth Avenue, 40th Floor   New York, NY 10110
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

April 12, 2021

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Penske Media Corp. v. Shutterstock, In*c., 20-cv-4583 (MKV)

Dear Judge Vyskocil:

      We represent Plaintiff Penske Media Corporation ("PMC") and write respectfully to request a two-day extension of time to respond to Defendant Shutterstock, Inc. ("Shutterstock")'s Counterclaims, from April 14, 2021 to April 16, 2021.

      This is Plaintiff's first request for an extension of time to respond to the Counterclaims and Shutterstock consents to this request.

                                                Sincerely,

                                               /s/ Cynthia S. Arato

                                             Cynthia S. Arato