**EXHIBIT A**

STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENSKE MEDIA CORPORATION,<br><br>      Plaintiff,<br><br> -against-<br><br>SHUTTERSTOCK, INC.,<br><br>      Defendant. | Case No. 20-cv-04583 (MKV) |

I, _____, declare and say that:

1. I reside at _____.

2. I am employed by _____.

3. I have read the Stipulated Protective Order entered in the above-captioned action (the "Protective Order"), and a copy of such Protective Order has been given to me.

4. I understand an agree to abide by the terms of the Protective Order.

5. I understand that any disclosure or use of material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in any manner contrary to the terms of the Protective Order will subject me to sanctions for contempt of this Protective Order.

6. I understand and agree that within thirty (30) days of the final disposition of the above-captioned action, whether by judgment, settlement, or otherwise, I shall either destroy or deliver to counsel for the producing party or non-party all "Confidential" or "Highly Confidential – Attorneys' Eyes Only" material and all copies made thereof (including summaries, excerpts, and work product that includes information derived therefrom).

7. I agree to be subject *in personam* to the jurisdiction of the U.S. District Court in which this Action shall be conducted in connection with any proceeding related to the enforcement of the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me this ___ day of _____ at _____.

_____