

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

July 14, 2021

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Penske Media Corp. v. Shutterstock, In*c., 20-cv-4583 (MKV)

Dear Judge Vyskocil:

      We write on behalf of all parties pursuant to the Court's July 7, 2021 Scheduling Order (Dkt. No. 69). As between a referral to the Court-annexed mediation program or to a Magistrate Judge, the parties request a referral to a Magistrate Judge for the purposes of scheduling a settlement conference. The parties did not jointly agree to pursue private mediation.

      Sincerely,

      /s/ Cynthia S. Arato

      Cynthia S. Arato