

500 Fifth Avenue, 40th Floor   New York, NY 10110
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

July 15, 2021

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Penske Media Corp. v. Shutterstock, In*c., 20-cv-4583 (MKV)

Dear Judge Vyskocil:

  We filed earlier this morning a letter regarding the parties' settlement process. We wish to inform the Court that we attempted to file that letter yesterday and experienced difficulties accessing the Court's ECF system.

           Sincerely,

           <u>/s/ Cynthia S. Arato</u>

           Cynthia S. Arato