

Shapiro Arato Bach LLP

500 Fifth Avenue, 40th Floor   New York, NY 10110
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

July 14, 2021

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2021

      Re:    *Penske Media Corp. v. Shutterstock, Inc.*, 20-cv-4583 (MKV)

Dear Judge Vyskocil:

    We write on behalf of all parties pursuant to the Court's July 7, 2021 Scheduling Order (Dkt. No. 69). As between a referral to the Court-annexed mediation program or to a Magistrate Judge, the parties request a referral to a Magistrate Judge for the purposes of scheduling a settlement conference. The parties did not jointly agree to pursue private mediation.

                                      Sincerely,

                                      /s/ Cynthia S. Arato

                                    Cynthia S. Arato

---

GRANTED. The Court will enter an Order of Reference to a Magistrate Judge for settlement purposes. Within three business days of the settlement conference, the parties shall file a joint letter advising the court of the status (not substance) of settlement discussions, whether the settlement conference was successful or unsuccessful, and if unsuccessful if settlement discussions are ongoing or have broken down. SO ORDERED.

Date: 7/20/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge