

500 Fifth Avenue, 40th Floor   New York, NY 10110
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

October 22, 2021

The Honorable Debra C. Freeman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Penske Media Corp. v. Shutterstock, In*c., 20-cv-4583 (MKV)

Dear Judge Freeman:

      The parties submit this joint letter to update the Court on its settlement efforts pursuant to Your Honor's direction at the September 10, 2021 settlement conference. The parties exchanged additional information on their positions after the settlement conference, but have not made progress towards resolving this dispute.

                    Sincerely,

/s/ Cynthia S. Arato      /s/ Eleanor Lackman
Cynthia S. Arato          Eleanor Lackman