UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**PENSKE MEDIA CORPORATION,**

                    **Plaintiff,**                  20-CV-04583 (MKV)(VF)

        -against-                       **ORDER**

**SHUTTERSTOCK, INC.,**

                    **Defendants.**

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On May 2, 2022, this case was reassigned to me for Specific Non-Dispositive Motion/Dispute: ECF No. 94. The parties joint letter dated December 30, 2021 (see ECF No. 94) contains various discovery disputes. The parties are ordered to file a joint letter no later than **May 10, 2022,** informing the court of what, if any, discovery disputes from that letter remain outstanding and each party's current position as to that outstanding dispute.

**SO ORDERED.**

DATED:    New York, New York
              May 3, 2022

                                                     VALERIE FIGUEREDO
                                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2022