UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

Penske Media Corporation,

        Plaintiff

    -against-                              20-CV-04583 (MKV)(VF)

Shutterstock, Inc.,                          ORDER TO STRIKE

        Defendant.

The Court respectfully directs the Clerk of Court to *strike document number 129 from the docket.*

Dated: May 5, 2022

        New York, New York

                                                SO ORDERED:

                                                VALERIE FIGUEREDO

                                                United States Magistrate Judge