UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**PENSKE MEDIA CORPORATION,**

                      **Plaintiff,**                  **20-CV-04583 (MKV)(VF)**

       **-against-**                               **ORDER**

**SHUTTERSTOCK, INC.,**

                      **Defendants.**

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On May 10, 2022, the parties submitted a joint letter indicating that all but two of the discovery disputes first raised in a December 30, 2021 letter to the Court were still unresolved. The parties indicated that any disputes relating to Shutterstock's Request for Production ("RFP") Nos. 68 and 74 had been resolved. See May 10, 2022 Joint Status Letter, ECF NO. 131 at 1. For the remaining RFPs identified in the December 30th letter that are still in dispute, the Court requests the following information:

- The text of Shutterstock's RFPs.

- The responses or objections raised by Penske for each of those RFPs.

- For each RFP, a description of the documents, if any, that Penske Media has produced; a brief statement by Shutterstock explaining what it perceives to be the deficiency in Penske Media's document production; and a brief statement by Penske Media responding to Shutterstock's claimed deficiency.

- For the request pertaining to messages sent by Lauren Utecht (see ECF No. 131 at 3) and Mr. Penske (see ECF No. 94 at 2), the transcript pages from their depositions

   where each individual was asked about using text messages, instant messaging, WhatsApp, or Slack.

- The transcript of the deposition of Shutterstock's CEO, Stan Pavlovsky.

The parties are directed to submit this information no later than **Tuesday, May 31, 2022**.

**SO ORDERED.**

DATED:   New York, New York
         May 20, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge