# Exhibit 6

Page 1

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4   PENSKE MEDIA CORPORATION,      ) Case No:
                                   )   1:20-cv-04583-MKV
5                     Plaintiff,   )
                                   )
6        v.                        )
                                   )
7   SHUTTERSTOCK, INC.,            )
                                   )
8                     Defendant.   )
    _____)
9

10

11

12                   VIDEOTAPED DEPOSITION OF

13                       LAUREN GULLION

14                    December 23, 2021

15

16

17

18

19

20

21

22

23

24

    Reported by:  MIRANDA L. PEREZ, CSR No. 14352
25  Job No. 204157

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3

 4   PENSKE MEDIA CORPORATION,      ) Case No:
                                    )   1:20-cv-04583-MKV
 5                   Plaintiff,     )
                                    )
 6        v.                        )
                                    )
 7   SHUTTERSTOCK, INC.,            )
                                    )
 8                   Defendant.     )
     _____)

 9

10

11

12             Deposition of LAUREN GULLION,

13       taken on December 23, 2021, commencing at

14       12:47 p.m. and terminating at 4:23 p.m.,

15       reported by MIRANDA L. PEREZ, a Certified

16       Shorthand Reporter, License No. 14352, in and for

17       the State of California pursuant to notice.

18

19

20

21

22

23

24

25
```

 1      Q    This is lawyers at your company or with

 2  Ms. Arato's firm or both?

 3      A    Both.

 4      Q    And approximately how long -- did you meet

 5  with them multiple times?

 6      A    No, I did not.

 7      Q    Okay.  About how long was your conversation

 8  with your lawyers?

 9      A    Approximately two hours.

10      Q    What e-mail addresses do you use for

11  work-related matters?

12      A    LUtecht@PMC.com.

13      Q    Do you know if anyone asked you to collect

14  documents related to this lawsuit that we're here about?

15      A    No.

16      Q    I just will note that we don't have any

17  e-mails from that e-mail address.

18           MS. ARATO:  Yeah.  She changed her name since

19  2015.

20           MS. LACKMAN:  Correct.  So I just don't know

21  if that address wasn't searched or --

22           MS. ARATO:  She wasn't -- she had no

23  involvement in this relationship in the recent years

24  until now.

25

```
 1    BY MS. LACKMAN:

 2         Q     When did your e-mail address change?

 3         A     Let's see.  When did I get married?  It would

 4    have been after November of 2017.

 5         Q     Okay.  Do you use the e-mail address

 6    HR@PMC.com?

 7         A     I do.

 8         Q     Does anyone else have access to that e-mail

 9    address?

10         A     Yes.

11         Q     Who does?

12         A     The HR team at PMC.

13         Q     Who else is on the HR team?

14         A     June Lee uses that.  Kimberly-Ann Basdeo,

15    Anne Doyle, Jamie Ray.  To my knowledge, those are the

16    people that have access.

17         Q     Do you use text messaging for work?

18         A     Yes, sometimes.

19         Q     Do you use any other -- for work, do you use

20    any other form of messages such as Slack, G-Chat,

21    Instant Messenger?  Anything thing like that?

22         A     We do have Slack, yes.

23         Q     Did -- in the past five years, did PMC have

24    any other text messaging systems?

25         A     No, not that I know of.
```

Page 13

```
 1        Q     What is your current title at -- when I use

 2   the term "PMC," I mean Penske Media Corporation.

 3        A     Sure.

 4        Q     What is your current title with PMC?

 5        A     Senior Vice President of Human Resources.

 6        Q     How long have you had that title?

 7        A     Since January of 2021.

 8        Q     Prior to that, what was your job title?

 9        A     Vice President of Human Resources in Corporate

10   Communications.

11        Q     And when did you get that title?

12        A     I don't remember.

13        Q     Did you have any other titles at PMC other

14   than your current title and VP of HR in Corporate

15   Communications?

16        A     Yes.

17        Q     What was that?

18        A     I was Director of HR in Corporate

19   Communications.  And previously, I was Executive

20   Assistant to the CEO.

21        Q     Did you start -- was that your first title at

22   PMC?  It was Executive Assistant to the CEO?

23        A     Yes.

24        Q     When did you start at PMC?

25        A     Honestly, I don't remember.  I have to check.
```

Page 14

```
 1    I left a couple times.

 2         Q    Okay.

 3         A    So I've been in my current role since July of

 4    2012 straight through.

 5         Q    I see.  Do you remember when you were promoted

 6    to director or moved to director of HR in Corporate

 7    Communications?

 8         A    That was July of 2012.  After I had gone to

 9    graduate school, I came back into that role.

10         Q    Oh, I see.  So you were Executive Assistant,

11    and then you left and then came back?

12         A    Uh-huh.

13         Q    Okay.

14         A    Yes.

15         Q    And then so do you remember when you got

16    promoted to VP of HR?

17         A    I don't.

18         Q    Do you recall about when you were Executive

19    Assistant to the CEO?

20         A    Well, I left -- okay.

21              So I was in that role for two years ending in

22    August of 2009, so I'm assuming in about 2007 to 2009.

23    And then my first time in the role, I was there for six

24    months, and I don't remember the dates, to be honest.

25    It was prior to that.
```

Page 15

 1      Q     What are your current roles and

 2   responsibilities at PMC?

 3      A     I oversee the HR Department at PMC.

 4      Q     And when you were in your prior two roles,

 5   what -- well, actually, let me take that back.

 6            What's involved in overseeing the HR

 7   Department of PMC?

 8      A     That includes recruiting the human resources

 9   business partners that work across the organization, so

10   employee relations, a bit of internal communications.

11      Q     Internal communications of a particular area

12   or just --

13      A     No, to staff.

14      Q     Okay.  And then during your time, let's say

15   the five years leading up to your recent job, that

16   five-year period -- because I don't know when you were

17   director or when you were VP.

18            So that prior five years, what were your

19   general job responsibilities?

20      A     Similar to what I do now.  I oversaw part of

21   the HR team, and I worked as an HR partner as I do today

22   as well.  And in addition, I had some responsibilities

23   related to communications.

24      Q     In around 2015, who else was responsible for

25   Corporate Communications?

Page 20

1            MS. ARATO:  Objection.  Compound.

2    BY MS. LACKMAN:

3        Q    Yeah.  Who would be responsible for the copy

4    that appears on the --

5        A    Yeah.  So this section you're the pointing to

6    "About Penske Media Corporation," that would be the

7    responsibility of Brooke Jaffe.

8        Q    And who is she?

9        A    I'm not remembering her title, but she's the

10   vice president of, I think, public affairs.

11       Q    Do you understand that PMC and Shutterstock

12   entered into an agreement in around 2015?

13       A    Yes.

14       Q    What's your understanding of what that

15   agreement was designed to do?

16       A    That it was a partnership between Shutterstock

17   and PMC.

18       Q    Do you have any understanding of what the main

19   goals of the partnership were to be?

20       A    Sure.  It was allowing Shutterstock to move

21   into the editorial space and to have access to events

22   put on by PMC brands and also to have access to the

23   photo archives that -- the more kind of longstanding

24   brands that PMC have.

25       Q    Did you ever see a copy of the agreement?

Page 21

```
 1        A     No, I did not.

 2        Q     What is the source of your understanding about

 3   the goals of the agreement?

 4        A     I attended a meeting in New York where I

 5   remember learning about it.

 6        Q     Okay.

 7              MS. LACKMAN:  Let me mark as Exhibit 2, a

 8   document Bates stamped PMC_21309 through 10.

 9              (Exhibit 2 marked for identification.)

10   BY MS. LACKMAN:

11        Q     Do you recognize this e-mail exchange?

12        A     Yes, I do.

13        Q     Were you involved in negotiating the term

14   sheet?

15        A     No, I was not.

16        Q     Do you know why Jay Penske included you in the

17   e-mail exchange?

18        A     No, I don't know.

19        Q     Do you have any understanding of whether he

20   was referring to you in his comment, "Been on the phone

21   with John and Ben all day, Shutterstock, and I finally

22   think we got their boys"?

23              MS. ARATO:  Objection.  Vague and confusing.

24              THE WITNESS:  Can you repeat the question

25   back, please?
```

Page 24

```
 1   it is.

 2        Q    Okay.  Do you see that you were referenced as

 3   -- you were referenced under communications.

 4        A    Yes.

 5        Q    What does -- generally, what does Corporate

 6   Communications mean to you?

 7             MS. ARATO:  Objection.  It says

 8   "communications."  It doesn't say "Corporate

 9   Communications."

10   BY MS. LACKMAN:

11        Q    What does "communications" mean to you?

12        A    In general?

13        Q    Right.  In the context of this -- in the

14   context of your involvement in 2015?

15        A    Sure, sure.  Writing a press release.

16        Q    Okay.  On the next page there's references to

17   east coast and west coast and logistics teams.

18             Do you see that?

19        A    I do.

20        Q    Do you know who Jenna Greene is?

21        A    I don't.

22        Q    How about -- do you know about any of the six

23   people that are listed under the logistics team's

24   headings?

25        A    I do know the west coast, which is
```

Page 105

```
 1   STATE OF CALIFORNIA              )
                                      )
 2                                    )
     COUNTY OF LOS ANGELES            )
 3

 4           I, MIRANDA L. PEREZ, a Certified Shorthand

 5   Reporter of the State of California, do hereby certify:

 6           That the foregoing proceedings were taken

 7   remotely at the time and place herein set forth; that

 8   any witnesses in the foregoing proceedings, prior to

 9   testifying, were placed under oath.

10           That a verbatim record of the proceedings was

11   made by me using machine shorthand which was thereafter

12   transcribed under my direction; further, that the

13   foregoing is a true and accurate transcription thereof.

14           I further certify that I am neither

15   financially interested in the action nor a relative or

16   employee of an attorney of any of the parties.

17           In witness whereof, I have hereunto subscribed

18   my name.

19

20   Dated:  January 12th, 2022

21

22   _____

23              MIRANDA L. PEREZ
             Certified Shorthand Reporter
24               CSR No. 14352

25
```