# Exhibit 7

```
 1           UNITED STATES DISTRICT COURT

 2           SOUTHERN DISTRICT OF NEW YORK

 3

 4   PENSKE MEDIA CORPORATION,

 5                                          Case No.

 6     Plaintiff-Counterclaim Defendant,    20-cv-04583

 7     -against-                             (MKV)

 8   SHUTTERSTOCK, INC.,

 9     Defendant-Counterclaim Plaintiff.

10

11

12

13              *** CONFIDENTIAL ***

14         VIDEO-RECORDED DEPOSITION OF

15                  JAY PENSKE

16         437 Madison Avenue - 25th Floor

17            New York, New York 10022

18          Thursday, November 18, 2021

19                9:38 a.m. (EST)

20

21

22

23   REPORTED BY:  AMANDA GORRONO, CLR

24   CLR NO. 052005-01

25   JOB NO. 202766
```

1         J. PENSKE
2    A.   I have not.
3    Q.   Okay. Do you understand that
4    you're here in your personal capacity to
5    give testimony today?
6    A.   I do.
7    Q.   And then do you also understand
8    that you have been designated to speak on
9    behalf of the company, with respect to
10   certain topics?
11   A.   To certain topics, yes.
12   Q.   Okay. What did you do to
13   prepare for your deposition?
14   A.   I just spent time with my
15   counsel, both external and internal
16   counsel.
17   Q.   And how many times did you meet?
18   A.   Once.
19   Q.   How long ago was that?
20   A.   In the last 48 hours.
21   Q.   Did you review any documents?
22   A.   A couple E-mails.
23   Q.   Do you recall the E-mails that
24   you looked at?
25        MS. ARATO: Objection; calls for

 1            J. PENSKE

 2      privileged information.  You're not

 3      entitled to know what documents he

 4      looked at.

 5      Q.    Did you bring any documents with

 6   you today?

 7      A.    No, I did not.

 8      Q.    Did you review any text

 9   messages?

10      A.    Nope.

11      Q.    Do you use text messaging to

12   communicate about your business generally?

13      A.    No, not generally.

14      Q.    How about with anybody at

15   Shutterstock?

16      A.    Jon and I had a friendship that

17   was developing, and so most of our

18   communication was all personal, of a

19   personal nature.  But we definitely at

20   certain points exchanged text messages.

21      Q.    Okay.  What E-mail addresses do

22   you use for work-related matters?

23            MS. ARATO:  Objection; vague as

24      to time.

25      Q.    What E-mail addresses have you

1          J. PENSKE

2    used for work-related matters since 2015?

3         A.    Penske@PMC.

4         Q.    How about 7IP?

5         A.    That's an internal E-mail at PMC

6    that my assistants and I generally use,

7    yes, okay.

8         Q.    Okay.  How about JP7@mail.com?

9         A.    No, that's not a work address.

10        Q.    Is that an address that is

11   owned, that you have?

12        A.    Yes, it's a personal E-mail

13   address.

14        Q.    Were you involved in any

15   collection of documents related to this

16   case?

17             MS. ARATO:  Objection; vague.

18   BY MS. LACKMAN:

19        Q.    Do you understand that you're

20   here to testify in the lawsuit you

21   filed -- or your company has filed against

22   Shutterstock?

23        A.    I am.

24        Q.    Okay.  Did anyone ask you to

25   conduct any searches for documents related

Page 17

```
 1              J. PENSKE
 2   to this lawsuit?
 3      A.   Yes.  Judy, our deputy general
 4   counsel, asked me to pull any E-mails that
 5   I had, which I sent to her.
 6      Q.   Okay.  I'm mindful here.  Okay.
 7   We've got a couple of minutes.
 8      A.   Mindful of my what?
 9      Q.   I'm mindful of Cynthia's
10   conference.  We have, we have more minutes
11   than I thought.
12           Can you give me a sense of your
13   background, starting with high school --
14   your educational background, work
15   background?
16           MS. ARATO:  Objection; compound.
17      Vague.
18      Q.   Well, let's start with the past.
19   Can you tell me, did you graduate from
20   high school?
21      A.   I did.
22      Q.   And did you go to college?
23      A.   I did.
24      Q.   Where did you go to college?
25      A.   I went to The Wharton School at
```

1             J. PENSKE

2    Fairchild, Karl would be the person that

3    would.  In certain cases, an enterprise

4    sales team.

5        Q.    Okay.  Last cleanup question I

6    have before we go back to the agreement,

7    did anyone ask you to search for any

8    communications, text messages with Jon

9    Oringer?

10       A.    Search for messages.  I was

11   asked to provide communications, and I

12   provided the E-mails as part of it.

13       Q.    Just E-mails but no text

14   messages?

15       A.    I don't recall if I was asked to

16   provide any text messages.  I, I certainly

17   looked through my phone and did not have

18   any messages relating to Jon outside of

19   when I was asking him to not, to not make

20   such a silly decision and, and try to get

21   a hold of the current CEO and try to

22   return this, this partnership to a better

23   place, but outside of those, no, I didn't

24   have any other messages with Jon on my

25   mobile devices.

```
 1                J. PENSKE
 2       Q.    You didn't reach out to him
 3   recently and tell him that your --
 4       A.    About to be subpoenaed?
 5       Q.    No, about -- you didn't -- well,
 6   did you --
 7       A.    I did.
 8       Q.    -- about, about the subpoena --
 9   about the deposition?
10       A.    Yeah, the subpoena and I just
11   said, like, what are we wasting each
12   other's time doing but -- for a company
13   that's sitting on $300 million in cash and
14   not wanting to pay 3 and a half million
15   dollars for something that is a former
16   part of their business today -- yeah, I
17   felt it was silly, but...
18       Q.    Did you expect when the
19   contract -- if the contract was not
20   renewed at the end of the term, did you
21   expect some kind of tail or some kind of
22   other upside if the contract ended in
23   2021?
24       A.    Do -- are you meaning that
25   contractually or did I mean some other
```

1      J. PENSKE

2      CERTIFICATE OF SHORTHAND REPORTER

3              NOTARY PUBLIC

4           I, Amanda Gorrono, the officer

5   before whom the foregoing deposition was

6   taken, do hereby certify that the

7   foregoing transcript is a true and correct

8   record of the testimony given; that said

9   testimony was taken by me stenographically

10  and thereafter reduced to typewriting

11  under my direction; and that I am neither

12  counsel for, related to, nor employed by

13  any of the parties to this case and have

14  no interest, financial or otherwise, in

15  its outcome.

16             IN WITNESS WHEREOF, I have

17      hereunto set my hand this 4th day of

18      December, 2021.

19  _____

20

21  AMANDA GORRONO, CLR
    CLR NO:   052005 - 01
22
    Notary Public in and for the State of New
23  York
    County of Suffolk
24  My Commission No.  01G06041701
    Expires:  01/07/2023
25

CONFIDENTIAL

*Penske Media Corporation v. Shutterstock, Inc.*
Deposition of Jay Penske, November 18, 2021

# ERRATA SHEET

| Page and Line | Change | Reason |
|---|---|---|
| 15:19-20 | Change "but we definitely at certain points exchanged text messages" to "but we definitely at certain points exchanged messages via WhatsApp" | I misspoke. I was thinking about WhatsApp when I said texts. |
| 23:16 | Change "content include live" to "content include live events." | Either a transcription error or I omitted the last word of the sentence. |
| 31:15-16 | Delete "with handwritten notes." | The exhibit did not have handwritten notes when it was presented to me. |
| 67:9-10 | Change "Lackman" to "Arato" | Transcription error. |
| 132:13 | "Recht" should be "Lech" | Transcription error. |
| 185:18 | "post" should be "publicist" | Transcription error. |
| 204:15-25 | Change my references to texts to WhatsApp | I misspoke. I was thinking about a prior WhatsApp message that I know I sent when I was answering a question about texts. |
| 271:5 | Change "it" to "is it" | Either a transcription error or I skipped a word when answering the question. |
| 276:14, 16 | Ms. Arato stated "There's no question pending." | Transcription error. |
| 306:14 | "Jordan" should be "George" | Transcription error. |
| 336:13 | "Mr. Oringer" should be changed to unknown | Transcription error. |

_____         1/4/2022

1