UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PENSKE MEDIA CORPORATION,

                              **Plaintiff,**                    20-CV-04583 (MKV)(VF)

       -against-                                  **ORDER**

SHUTTERSTOCK, INC.,

                              **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A discovery conference in this matter is hereby scheduled for Friday, September 9, 2022 at 10:00 a.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information. **SO ORDERED.**

DATED:    New York, New York
                August 15, 2022

                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/2022