

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

August 17, 2022

**VIA ECF**

> **SO ORDERED**
>
> /s/ Valerie Figueredo
>
> VALERIE FIGUEREDO
> United States Magistrate Judge
> Dated: 8/19/22
>
> The parties are directed to inform the Court by Wednesday, August 24, 2022, whether they have availability for the conference on September 14, 15, or 16. The Clerk of Court is directed to close the motion at ECF No. 139.

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, NY  10007

**Re:**   *Penske Media Corp. v. Shutterstock, Inc.*, 20-cv-4583 (MKV)

Dear Judge Figueredo:

Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases, Shutterstock, Inc. ("Shutterstock") respectfully requests an adjournment of the Status conference scheduled for September 9, 2022 at 10:00 a.m., on the ground that Shutterstock's counsel will be on a long-planned international trip during Labor Day week.

The parties have conferred and are available in person on August 30, September 1 and 2, as well as September 20. The parties may also be available at some point the week prior pending confirmation of a pending deposition obligation by plaintiff's counsel, and will update the Court promptly to provide it with other dates should the proposed dates not fit into the Court's schedule.

Respectfully submitted,

/s/ Eleanor M. Lackman

Eleanor M. Lackman
Partner of
MITCHELL SILBERBERG & KNUPP LLP

EML

cc:  All Counsel of Record

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone:  (212) 509-3900  Fax:  (212) 509-7239  Website: WWW.MSK.COM

14511851.1