UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PENSKE MEDIA CORPORATION,

                         **Plaintiff,**                    20-CV-04583 (MKV)(VF)

               -against-                           **ORDER**

SHUTTERSTOCK, INC.,

                         **Defendants.**
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephonic conference was held on September 16, 2022. At that conference, all but one of the outstanding discovery disputes raised by the parties in their joint letter to the Court, dated December 30, 2021 (see ECF No. 94) were resolved for the reasons stated on the record. The remaining unresolved dispute concerns Shutterstock's Request for Production No. 78, which sought all documents and communications reflecting any communications with any plaintiff in any claim against Penske regarding any violation of Section 1202 of the Digital Millennium Copyright Act. Penske objected to this request on relevance and undue burden grounds. Because RFP No. 78 is quite broad and Shutterstock has not adequately explained why communications from unrelated litigations involving other plaintiffs are relevant to the claims at issue here, the request to compel Penske to search for and produce documents responsive to this request is denied. **SO ORDERED.**

DATED:     New York, New York
              September 27, 2022

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/2022