UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
PENSKE MEDIA CORPORATION,

                Plaintiff,                           **ORDER**

SHUTTERSTOCK, INC.,                     20-CV-04583 (MKV) (VF)

                Defendant.
---------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      On June 9, 2022, the parties jointly submitted a letter (ECF No. 136) requesting that this Court seal portions of the deposition transcript of Stan Pavlovsky, filed in response to an order from this Court (ECF No. 132) seeking documents in connection with certain discovery disputes (ECF No. 94) raised by the parties. Having reviewed the letter, the request to seal the deposition transcript is **GRANTED.**

      The letter states that relevant portions of the Pavlovsky transcript "contain confidential information, including information pertaining to internal business operations and certain financial terms related to the parties." ECF No. 136 at 2. Courts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business interests and financial information. See, e.g., Rubik's Brand Ltd. v. Flambeau, Inc., No. 17-CV-6559 (PGG) (KHP), 2021 WL 1085338, at *1 (S.D.N.Y. Mar. 22, 2021); Gracyzk v. Verizon Commc'ns, Inc., No. 18-CV-6465 (PGG), 2020 WL 1435031, at *8-9 (S.D.N.Y. Mar. 24, 2020) (citing cases). This Court finds there are legitimate business interests at stake that outweigh the public's interest in the sealed material.

1

**CONCLUSION**

Based on the standard set forth by the Second Circuit in <u>Lugosch v. Pyramid Co.</u>, 435 F.3d 110 (2d Cir. 2006), the Court finds that the parties' request to seal should be **GRANTED**. The Clerk of Court is directed to terminate the motion at ECF No 136.

Date: October 18, 2022
   New York, New York

                                          Respectfully submitted,

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge