```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENSKE MEDIA CORPORATION,

                Plaintiff,

-against-

SHUTTERSTOCK, INC.,

                Defendant.

1:20-cv-04583 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of several letter motions seeking a pre-motion conference. Defendant has sought a pre-motion conference with the Court regarding its contemplated motion to exclude expert testimony [ECF No. 107], and the Parties have sought a pre-motion conference with the Court regarding their contemplated cross-motions for partial summary judgment [ECF Nos. 108, 110, 112, 113, 116]. The Court has reviewed the letters and directs the Parties to appear for a conference on November 7, 2022, at 2:30 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

      The Court is also in receipt of several letter motions to seal. [ECF Nos. 109, 111, 115, 121]. The requests to seal are provisionally granted, pending the pre-motion conference.

      The Clerk of the Court respectfully is requested to terminate the Motions at ECF Nos. 107, 108, 109, 110, 111, 112, 113, 115, 116, 121.

**SO ORDERED.**

**Date:** October 19, 2022
       New York, NY

                                                  MARY KAY VYSKOCIL
                                                  United States District Judge

1