

500 Fifth Avenue, 40th Floor   New York, NY 10110
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

November 14, 2022

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Penske Media Corp. v. Shutterstock, In*c., 20-cv-4583 (MKV)

Dear Judge Vyskocil:

  We represent Plaintiff Penske Media Corporation. Pursuant to this Court's Order dated November 10, 2022 (Dkt. 147), we are refiling various pleadings and documents in unredacted form. We are unable to e-file the Complaint without treating it as an initiating document, so to avoid confusion as to the operative pleading in the case, we are filing the original Complaint as an exhibit to this letter. The operative complaint is the Amended Complaint, which we have separately refiled without redactions (Dkt.149).

          Sincerely,

          /s/ Cynthia S. Arato
          Cynthia S. Arato