

500 Fifth Avenue, 40th Floor   New York, NY 10110
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

November 14, 2022

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Penske Media Corp. v. Shutterstock, Inc.*, 20-cv-4583 (MKV)

Dear Judge Vyskocil:

The parties submit this joint letter pursuant to the fifth paragraph of the Court's November 10, 2022 Order (Dkt. No. 147).

The parties propose the following briefing schedule for the simultaneous briefing of the parties' respective motions for partial summary judgment:

December 15, 2022 – Moving briefs and supporting papers
January 19, 2023 – Opposition briefs and supporting papers
February 9, 2023 – Reply briefs and supporting papers

The parties also have conferred and agreed to pursue private mediation. At the parties' November 7, 2022 pre-motion conference, the Court explained that it would be open to deferring a briefing schedule on the above motions if the parties engaged in a formal settlement process. The parties therefore respectfully request that the Court defer the setting of a briefing schedule so that they may focus on the private mediation and efforts to amicably resolve this action. The parties will work to identify an available mediator and to schedule the mediation as expeditiously as possible. The parties propose reporting back to the Court on or before November 30, 2022 regarding mediation status.

          Sincerely,

          /s/ Cynthia S. Arato      /s/ Eleanor M. Lackman
          Cynthia S. Arato          Eleanor M. Lackman