# Exhibit 8

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

PENSKE MEDIA CORPORATION,

       Plaintiff,

   -against-     No. 1:20-CV-04583 (MKV)

SHUTTERSTOCK, INC.,

       Defendant.

---------------------------------------x


    CONFIDENTIAL - ATTORNEYS' EYES ONLY

      REMOTE VIDEOTAPED DEPOSITION

             of

        STAN PAVLOVSKY

       February 18, 2022


Reported by:

Robin LaFemina, RPR, CLR

Job No.: SY 4203

CONFIDENTIAL -  ATTORNEYS' EYES ONLY

Page 22

1      Pavlovsky - Confidential - Attorneys' Eyes Only

2           A.      I'm not sure what those topics

3      are.

4           Q.      Do you -- are you aware that

5      you've been designated to speak on behalf of

6      the company regarding Shutterstock's

7      termination of the agreement that's at issue

8      in this case?

9           A.      Yes.

10          Q.      And are you aware that you've

11     been designated to speak on behalf of the

12     corporation regarding Shutterstock's alleged

13     damages in this case?

14          A.      Yes.

15          Q.      Okay.

16                  And are you aware that you've

17     been identified as someone who's likely to

18     have discoverable information regarding the

19     discussions between the parties pertaining

20     to the contract including problems relating

21     to PMC's performance?

22          A.      Yes.

23          Q.      And do you have knowledge about

24     that?

25          A.      Yes.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 288

1    Pavlovsky - Confidential - Attorneys' Eyes Only

2      correct?

3          A.    Yes.  Assuming they're using

4      their computer to access the web page.

5          Q.    Can you tell me in what way

6      Shutterstock is claiming PMC has caused

7      Shutterstock to suffer damages or harm?

8          A.    So the primary way is we've had,

9      based on the last advance that we paid to

10     PMC, we've had roughly four months where

11     we've not been provided the primary services

12     under the agreement, so that's one piece of

13     it.  And then the second piece of it is PMC

14     continued to access Shutterstock content

15     after the termination.

16         Q.    Are there any other ways in

17     which Shutterstock is contending that PMC

18     caused Shutterstock to suffer harm or

19     damages?

20              MS. LACKMAN:  Objection.  You

21         mean in the litigation?

22              MS. ARATO:  Correct.

23         A.    Not that I'm aware of.

24         Q.    Are there any ways you are aware

25     of that Shutterstock is contending that PMC

CONFIDENTIAL -  ATTORNEYS' EYES ONLY

Page 289

```
 1      Pavlovsky - Confidential - Attorneys' Eyes Only
 2       caused Shutterstock to suffer harm outside
 3       of what you're alleging in the litigation?
 4            A.    No.
 5                  MS. LACKMAN:  I'm sorry.
 6            Objection.  To the extent he's
 7            designated on the topic of damages,
 8            which I understood to be related to the
 9            Complaint, then I think there's
10            potential privilege implication, so I
11            just want to be able to caution the
12            witness.
13            Q.    When you say -- and what -- what
14       specific damage is Shutterstock claiming it
15       incurred or suffered as a result of not
16       receiving primary services for this period
17       of four months related to the last advance
18       that Shutterstock paid?
19            A.    Well, we pay $3.5 million for an
20       annual advance, and so we didn't receive
21       services for four months.  That's four
22       months pro rata 3.5 million.
23            Q.    But your contention is that
24       Shutterstock suffered harm equal to one
25       third of the value of the $3.5 million
```

CONFIDENTIAL -  ATTORNEYS' EYES ONLY

Page 290

1    Pavlovsky - Confidential - Attorneys' Eyes Only

2      advance?

3           A.     Yes.

4           Q.     Did Shutterstock seek to

5      quantify its harm in any other way other

6      than just applying a pro rata apportionment

7      of the $3.5 million advance?

8           A.     I don't know.

9           Q.     You're the corporate

10     representative.

11          A.     From my understanding, no.

12          Q.     What damage has Shutterstock

13     incurred with respect to the continued

14     access to Shutterstock content?

15          A.     It's to the tune of roughly

16     $5,000.

17          Q.     And what is that comprised of?

18          A.     That's based on counsel looking

19     at our database and providing me the estimate.

20          Q.     I don't know what that means,

21     providing you the estimate.

22          A.     Providing me the estimate based

23     on downloads and the royalties that we would

24     pay on those downloads.

25          Q.     So counsel looked at the

CONFIDENTIAL -  ATTORNEYS' EYES ONLY

Page 291

1        Pavlovsky - Confidential - Attorneys' Eyes Only

2          database and then gave you an estimate of

3          what?

4                    MS. LACKMAN:  Objection.  Asked

5              and answered.

6              A.    The cost that we incurred by

7          virtue of that content being downloaded.

8              Q.    Right.

9                    And what -- what are those costs

10         that you incurred by virtue of the

11         information being downloaded?

12             A.    If you're asking me the specific

13         mechanics of how we came up -- how the team

14         came up with the calculation, I don't know.

15             Q.    You can't tell me how the

16         approximate $5,000 is broken down?

17             A.    I'm assuming it's based on the

18         number of images being downloaded times the

19         cost of each.

20             Q.    But you believe that Shutterstock

21         has lost $5,000 of revenue from the value of

22         the images that PMC downloaded and you say

23         didn't pay for?

24             A.    No.  I am saying that it cost us

25         $5,000 of expense based on those downloads.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 292

1    Pavlovsky - Confidential - Attorneys' Eyes Only
2         Q.     And how -- what expenses did
3    Shutterstock incur when you found those
4    downloads?
5         A.     We pay royalties on content that
6    is downloaded from Shutterstock for bidders.
7         Q.     And how did that cause
8    Shutterstock to incur $5,000 of damage
9    related to the downloading?
10              MS. LACKMAN:  Objection.  Asked
11         and answered.
12         A.     I answered that question.
13         Q.     Yeah, I'm not following your
14    answer.  I apologize.
15         A.     Okay.  So as an example, for
16    every image that is downloaded, we pay
17    contributors a royalty.  So when PMC
18    continued to download content after the deal
19    was terminated, we still had to continue to
20    pay royalties on those downloads.
21         Q.     So you believe that Shutterstock
22    paid royalties equal to $5,000 to its
23    contributors for images that PMC downloaded
24    after July 17, 2020?
25         A.     Yes.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 293

1       Pavlovsky - Confidential - Attorneys' Eyes Only
2            Q.      And that that's the sole basis
3       of the damage that Shutterstock's contending
4       it incurred as a result of that conduct?
5            A.      Yes.
6            Q.      Approximately how many images
7       would PMC need to download for Shutterstock
8       to have to pay $5,000 of royalties on those
9       images?
10           A.      I don't know.  We have different
11      tiers of royalties for different contributors.
12           Q.      If I were to tell you that
13      Shutterstock has provided documentation to
14      PMC showing that, and I'm approximating
15      here, so let's just do approximation, that
16      no more than possibly 24 images were
17      downloaded after July 17, 2020, does it seem
18      reasonable to you that Shutterstock would
19      owe royalties of $5,000 to contributors for
20      24 images?
21           A.      I don't know the nature of the
22      images, so I can't answer that question.
23           Q.      What is the average price that
24      Shutterstock charges on its website for
25      downloading of images for use in editorial

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 294

1    Pavlovsky - Confidential - Attorneys' Eyes Only
2      content?
3              MS. LACKMAN:  Objection.  Vague.
4      A.    Well, the revenue that we
5    generate is sort of separate from what we
6    pay contributors.
7      Q.    Right.  But you pay contributors
8    a portion of the revenue you generate;
9    correct?
10     A.    A portion of downloaded -- of
11   downloads; yes.
12     Q.    Right.
13             So don't you need to start with
14   the revenue that is payable to Shutterstock
15   for those downloads before you can get to
16   how much of that revenue is payable to
17   contributors?
18             MS. LACKMAN:  Objection.  Calls
19       for speculation.
20     A.    Yes.
21     Q.    Right.
22             So the average price that
23   Shutterstock charges for an end user in the
24   open marketplace, not special editorial
25   client, to download an image for editorial

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 295

1    Pavlovsky - Confidential - Attorneys' Eyes Only

2        use?

3                MS. LACKMAN:  Objection.  Vague.

4        Calls for speculation.

5        A.      Most of our revenue comes on a

6        subscription basis in the marketplace, which

7        is why I'm struggling to answer your

8        question, though I don't know the specific

9        price per download.

10       Q.      What if it's an a la carte price?

11       A.      I don't know.

12       Q.      Is anyone -- but somebody

13       quantified this to get to the $5,000 number?

14       A.      Yes.

15       Q.      Okay.

16               Is that in a document somewhere?

17       A.      I don't know.

18               MS. ARATO:  If that's been

19               quantified, it hasn't been produced to

20               us, so we would ask for that.

21               MS. LACKMAN:  We'll check and

22               we'll check to see if it was requested.

23               MS. ARATO:  We asked for all

24               documents relating to damages.

25               MS. LACKMAN:  We will check.

CONFIDENTIAL -  ATTORNEYS' EYES ONLY

Page 296

1    Pavlovsky - Confidential - Attorneys' Eyes Only

2         Q.     Other than what you just

3    testified to, is there any other way that

4    you believe Shutterstock is contending in

5    this lawsuit that PMC's conduct has caused

6    it to incur damages or harm?

7              MS. LACKMAN:  Objection.  Asked

8         and answered.

9         A.     Not that I'm aware.

10        Q.     Let me show you what's been

11   marked as Exhibit 22.

12             (Pavlovsky Exhibit 22,

13        e-mail chain bearing Bates Nos.

14        SSTK111743-747, marked for

15        identification, as of this date.)

16        Q.     This is a document that starts

17   Bates stamp SSTK111743 to 111747.  I will

18   represent to you this is an e-mail chain

19   that you're not on.  I'm not going to ask

20   you about all of it.  I would like you to go

21   to the next to last page, SSTK111746.

22             Do you see here on April 13,

23   2020, Candice wrote to Steve and Anh, I need

24   to know ASAP two things re:  PMC.

25             1.  How long would it take to

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 323

1    Pavlovsky - Confidential - Attorneys' Eyes Only

2         off the record, please, and when we do,

3         can I get a time check?

4              THE VIDEOGRAPHER:  We are off

5         the record and it's 6:16 p.m.

6    CONTINUED BY MS. ARATO:

7         Q.    With respect to the $5,000 --

8              THE VIDEOGRAPHER:  Counsel, one

9         moment.

10             MS. ARATO:  All right.

11             THE VIDEOGRAPHER:  We are back

12        on the record at 6:28 p.m.

13   CONTINUED BY MS. ARATO:

14        Q.    With respect to the $5,000 in

15   damages that you said Shutterstock incurred

16   in connection with PMC's continuing to

17   access Shutterstock content after July 17,

18   does Shutterstock have documentation showing

19   that it paid contributors approximately

20   $5,000 for the downloading of the content?

21        A.    Yes, we would.

22        Q.    Would that be in royalty reports

23   issued to those contributors?

24        A.    Yes.

25        Q.    Is the basis for Shutterstock

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 324

1    Pavlovsky - Confidential - Attorneys' Eyes Only
2     saying it suffered that damage that PMC did
3     not pay Shutterstock a license fee for those
4     images that were downloaded, yet
5     Shutterstock had to pay contributors for
6     those downloads?
7         A.    So prior to the agreement being
8     terminated, that was an additional benefit
9     that PMC had where we covered the cost, so
10    post termination that was just the cost.
11        Q.    Right.  But I'm asking you if
12    PMC had paid you for those downloads and
13    then you paid a portion of that through the
14    contributors, Shutterstock wouldn't have
15    incurred any damage; correct?
16            MS. LACKMAN:  Objection.  Calls
17        for speculation.
18        A.    I believe that's right.
19        Q.    Right.
20            So is what you're saying about
21    the damages -- I'll rephrase.
22            Is Shutterstock's position on
23    this $5,000 worth of damages that PMC did
24    not pay Shutterstock for the images that
25    were downloaded after July 17, but

CONFIDENTIAL -  ATTORNEYS' EYES ONLY

Page 325

1      Pavlovsky - Confidential - Attorneys' Eyes Only

2      Shutterstock nevertheless paid contributors

3      for those downloads?

4                  MS. LACKMAN:  Objection.  Asked

5           and answered.

6           A.    Yes.

7           Q.    And so Shutterstock pays its

8      contributors whether or not Shutterstock

9      receives a payment from Shutterstock

10     customers?

11                MS. LACKMAN:  Objection.  Calls

12          for speculation.  Also vague.

13          A.    Unless there's a special

14     agreement; yes.

15          Q.    So -- and do contributors get

16     paid a royalty on the revenues that

17     Shutterstock receives for licensing

18     contributors' images?

19                MS. LACKMAN:  Objection.  Vague.

20          And you're asking in his personal

21          capacity?

22                MS. ARATO:  I'm asking about

23          damages.

24                MS. LACKMAN:  No, you're asking

25          about --

CONFIDENTIAL -  ATTORNEYS' EYES ONLY

Page 326

1      Pavlovsky - Confidential - Attorneys' Eyes Only

2                  MS. ARATO:  It underlies the

3            damage theory.

4                  MS. LACKMAN:  You're asking only

5            about the photos in this case then?

6            The photos that PMC downloaded?

7            Because I'm hearing a question about

8            all photos that Shutterstock has 300

9            million assets.  He's not designated

10           for that topic.

11           A.    Sorry.  Say that again?

12                 MS. ARATO:  I'll ask it both

13           ways and one of them will be within his

14           corporate role and one won't.

15           Q.    With respect to the images that

16      PMC downloaded after July 17, is

17      Shutterstock's arrangement with the

18      contributors that they get royalties based

19      on Shutterstock's earnings from licensing

20      their content?

21           A.    Unless there's a set --

22      different agreement, in many cases, yes.

23           Q.    But I'm asking specifically

24      about the images at issue in this case.

25           A.    I don't know because as I said

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 327

1      Pavlovsky - Confidential - Attorneys' Eyes Only
2      earlier, I don't know the specific mechanics
3      of how we came up with that.
4           Q.    Right.  So that's why I'm asking
5      you the question more generally now like is
6      it -- typically I would understand that if
7      somebody got a royalty percentage of
8      earnings that Shutterstock made on licensing
9      content, that if Shutterstock received no
10     money or earnings, there would be no
11     royalties that would be payable to the
12     contributor.
13                MS. LACKMAN:  Objection.  Calls
14          for speculation.
15          A.    There are situations and
16     scenarios where it is very difficult to
17     attribute specific revenue to any one image.
18     In those cases, we have -- we will have a
19     specific arrangement to pay a royalty on
20     that image when it's downloaded.  In other
21     cases, it's based on the revenue that is
22     generated from those images.
23          Q.    So in the first instance that
24     you just described, Shutterstock would
25     pay -- make a payment to a contributor

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 328

1      Pavlovsky - Confidential - Attorneys' Eyes Only

2      irrespective of whether Shutterstock

3      received any revenue?

4           A.     Correct.

5           Q.     And in the second --

6           A.     Or, sorry, just to clarify,

7      specific to that photo versus potentially a

8      bundle of content.

9           Q.     Okay.

10                 And in the second scenario,

11     would Shutterstock make a royalty payment to

12     a contributor if Shutterstock never received

13     a payment from the user of that image?

14          A.     No.  We would not pay a royalty.

15          Q.     So for the downloads that are at

16     issue here, is Shutterstock contending that

17     PMC paid Shutterstock for those downloads?

18                 MS. LACKMAN:  Objection.  No

19          foundation.

20          A.     No.

21          Q.     So depending on the arrangement

22     with the photographers of those images, the

23     fact that PMC did not pay Shutterstock may

24     mean that Shutterstock did not pay the

25     contributors royalties; correct?

CONFIDENTIAL -  ATTORNEYS' EYES ONLY

Page 329

1    Pavlovsky - Confidential - Attorneys' Eyes Only

2              MS. LACKMAN:  Objection.

3         Mischaracterizes the testimony.

4         A.    That is not correct.

5         Q.    Why is that not correct?

6         A.    While that is a possible

7    scenario, we would not make the argument

8    that there's money owed to us if we never

9    paid that money out.

10        Q.    So it's your belief that

11   Shutterstock paid contributors approximately

12   $5,000 in royalties related to the downloads

13   that are at issue in this case?

14        A.    Yes.

15        Q.    But you don't have any details

16   about that?

17        A.    I don't have the specific

18   details; no.

19        Q.    Have you seen -- have you seen

20   documentation that demonstrates that?

21        A.    No.

22        Q.    You're just -- you're -- what

23   are you relying on then?

24        A.    I'm relying on my team.

25        Q.    I think you said before it was

CONFIDENTIAL -  ATTORNEYS' EYES ONLY

Page 330

1     Pavlovsky - Confidential - Attorneys' Eyes Only

2       counsel.

3              A.      Correct.

4              Q.      You're relying on in-house

5       counsel?

6              A.      Yes.

7              Q.      And who is that counsel?

8              A.      I don't remember specifically

9       who showed me the value of that, but I'm

10      assuming it was Heidi.

11             Q.      And when did Heidi leave the

12      company?

13             A.      I don't remember what month she

14      left.

15             Q.      Do you know if she left before

16      Shutterstock filed its counterclaims in this

17      case?

18             A.      I don't remember.

19             Q.      Okay.

20                     So if Shutterstock wanted to

21      prove up these damages, it would have

22      documentation to show that it made these

23      payments to the contributors?

24                     MS. LACKMAN:  Objection.

25             A.      We would provide documentation

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 331

Pavlovsky - Confidential - Attorneys' Eyes Only

1       in support of that claim; yes.

2           Q.    And then when you -- the second

3       category of damages you testified about

4       regarding the pro rata share of the annual

5       advance paid for -- paid on July 1, 2019,

6       you said that it related to about four

7       months of not being provided primary

8       services by PMC?

9           A.    Correct.

10          Q.    And are those primary services

11      the loss of the live event access?

12          A.    Yes.

13          Q.    Anything else?

14          A.    Not that I can think of right

15      now.

16          Q.    Okay.  I have nothing further.

17              MS. LACKMAN:  I have no

18          questions for the witness.

19              MS. ARATO:  Okay.  And then --

20              MS. LACKMAN:  Oh.

21              MS. ARATO:  I think we've made

22          this clear before, but we've said all

23          transcripts are designated

24          confidential, so your transcript will