# Exhibit F



# PMC / SSTK Partnership

June 16, 2016



Proprietary and Confidential

Confidential

# Events Covered :: January - May 2016



# Events Covered :: Locations - 1,213 Events Covered Jan- May 2016



**USA:**
PMC - *373 Events*
SSTK - *184 Events*

**Europe:**
PMC - *157 Events*
SSTK - *454 Events*

# Events Covered By Event Type



Proprietary and Confidential

PMC_0022105

# Content Production - Partnership Objectives; Celebrity Events

## Objective

1. PMC will provide Shutterstock access to PMC events, galas, conferences, summits, and other event functions.

2. Shutterstock will provide editorial photographic event coverage for all PMC Events.

3. PMC will provide Shutterstock with credentials, passes, and VIP access to significant third party events around the world.

4. PMC shall work with Shutterstock to create additional access at third party events.



## Status & Actions

1. SSTK has had access to all PMC Events since September 2015.

2. SSTK has covered all PMC Events since September 2015. Full coverage by SSTK will continue.

3. We have covered 500+ events under a PMC credential to date in 2016. PMC have provided VIP Access to a number of events. We'd like to grow global event coverage and VIP access opportunities.

4. We'd like to collaborate on increasing additional access to third party events.

Proprietary and Confidential

Confidential