

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
eml@msk.com

April 20, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2023
```

**VIA ECF**
The Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   *Penske Media Corp. v. Shutterstock, Inc.*, 20-cv-4583 (MKV);
      **Adjusted Briefing Schedule**

Dear Judge Vyskocil:

We are counsel for defendant-counterclaim plaintiff Shutterstock, Inc. ("Shutterstock") in the above-referenced action. We write with the consent of plaintiff Penske Media Corporation ("PMC") regarding a small adjustment to the summary judgment briefing schedule.

As the docket reflects, Shutterstock submitted its opposition to PMC's summary judgment motion yesterday, pursuant to the date on the current briefing schedule. In the course of preparing courtesy copies this morning, we discovered that one of the declarations that was uploaded did not make its way into ECF. We have since re-uploaded the declaration at issue and advised PMC's counsel. PMC does not object to the timing of the filing as a result of the glitch, but has requested an extra day for its reply, currently due on May 3, 2023, to fall on May 4, 2023. Shutterstock is amenable to the adjustment.

We thank the Court for its consideration of this request.

Respectfully submitted,

Eleanor M. Lackman

cc:   All counsel of record

**Granted. SO ORDERED.**

Date: 4/21/2023
New York, New York

Mary Kay Vyskocil
United States District Judge

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: WWW.MSK.COM