```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENSKE MEDIA CORPORATION,

                Plaintiff,

-against-

SHUTTERSTOCK, INC.,

                Defendant.

1:20-cv-04583-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of two letter requests to seal filed by Defendant Shutterstock dated March 17, 2023 and April 19, 2023 respectively. [ECF Nos. 174 and 185]. The two requests to seal are largely duplicative. On May 4, 2023, Defendant Shutterstock filed a letter providing a "follow-up to Shutterstock's March 17, 2023 letter motion" seeking the sealing of certain documents. [ECF No. 196]. Defendant stated that "The parties filed a stipulation of partial dismissal dated April 18, 2023 . . . which has mooted Shutterstock's [seal] motion." Defendant further stated it had "no objection to the public filing of the documents referenced in Shutterstock's [March 17] letter," other than Exhibit C to the Declaration of Eleanor Lackman [ECF No. 173-3], which it requested remain under seal. [ECF No. 196]. Defendant, however, made no reference to its prior April 19, 2023 request to seal and did not inform the Court whether that request was also moot in light of the stipulation of partial dismissal.

      Accordingly, IT IS HEREBY ORDERED that Defendant's March 17, 2023 request to seal is DENIED as moot. Moreover, IT IS FURTHER ORDERED that Defendant's April 19, 2023 request to seal is provisionally GRANTED, pending resolution of the parties' motions for summary judgment. [*See* ECF Nos. 174 and 185].

1

The Clerk of Court is respectfully requested to close docket entries 174 and 185.

**SO ORDERED.**

Date:  October 4, 2023
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**