

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
eml@msk.com

October 10, 2023

**VIA ECF**

The Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   <u>Penske Media Corp. v. Shutterstock, Inc.</u>, Case No. 120 Civ. 04583 (MKV) (S.D.N.Y.)

Dear Judge Vyskocil:

Plaintiff-counterclaim defendant Penske Media Corp. ("Plaintiff" or "PMC") and defendant-counterclaim plaintiff Shutterstock, Inc. ("Defendant" or "Shutterstock") jointly submit this letter to respectfully request that the Court's October 4, 2023 Order (Dkt. No. 197) be corrected to reflect that the May 4, 2023 letter referenced therein (Dkt. No. 196) was filed by Plaintiff PMC. Specifically, the Order incorrectly states, "Defendant Shutterstock filed [the May 4, 2023] letter" and attributes the statements made by Plaintiff PMC therein to Defendant Shutterstock (*e.g.*, "Defendant stated …"); the parties agree the references to "Defendant" should be to "Plaintiff."

We thank the Court for its attention to this matter.

Respectfully submitted,

SHAPIRO ARATO BACH LLP

By:  /s/Cynthia S. Arato
Cynthia S. Arato
500 Fifth Avenue, 40th Floor
New York, New York 10110
Tel.: (212) 257-4882
Fax: (212) 257-4880
carato@shapiroarato.com

*Attorneys for Plaintiff-Counterclaim Defendant Penske Media Corp.*

MITCHELL SILBERBERG & KNUPP LLP

By:  /s/Eleanor M. Lackman
Eleanor M. Lackman
Marissa B. Lewis
437 Madison Avenue, 25th Floor
New York, New York 10017-1028
Tel.: (212) 509-3900
Fax: (212) 509-7239
eml@msk.com
mbl@msk.com

*Attorneys for Defendant-Counterclaim Plaintiff Shutterstock, Inc.*