USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PENSKE MEDIA CORPORATION,

      Plaintiff,

v.

SHUTTERSTOCK, INC.

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:20-cv-04583-MKV

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff Penske Media Corporation (PMC) filed an Amended Complaint in this action on September 11, 2020 which asserted, among other claims, a Second Claim for Relief for Breach of the Implied Covenant of Good Faith and Fair Dealing, a Third Claim for Relief for violation the Digital Millennium Copyright Act, and a Fourth Claim for Relief for Copyright Infringement;

WHEREAS, Shutterstock filed an Amended Answer to the Amended Complaint in this action on July 21, 2021, which asserted, among other Counterclaims, a Fourth Cause of Action for Breach of Terms of Use, a Fifth Cause of Action for Violation of Computer and Fraud Abuse Act, and a Sixth Cause of Action for Declaratory Judgment of Invalid Copyright Registrations;

NOW THEREFORE, the parties hereby stipulate and agree that:

1. PMC dismisses with prejudice its Second, Third, and Fourth Claims for Relief;

2. Shutterstock dismisses with prejudice its Fourth, Fifth, and Sixth Causes of Action;

3. Each of PMC and Shutterstock shall bear its own costs, expenses, and attorneys' fees with respect to the dismissed Claims for Relief and Causes of Action;

4. Nothing herein is intended to dismiss, impair, or waive the parties' remaining claims in the Action, namely, PMC's First Claim for Relief for Breach of Contract and Shutterstock's First Cause of Action for Rescission Under the Frustration of Purpose Doctrine, Second Cause of Action for Restitution after Recission, and Third Cause of Action for Breach of Contract and any rights, remedies, or defenses related to the same.

Dated: New York, New York
April 19, 2023

Respectfully submitted,

SHAPIRO ARATO BACH LLP

By: _/s/ Cynthia S. Arato_
Cynthia S. Arato

1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Telephone: 212-257-4882
Facsimile: 212-202-6417
carato@shapiroarato.com

*Attorney for Plaintiff Penske Media Corporation*

MITCHELL SILBERBERG & KNUPP LLP

By: _/s/ Eleanor M. Lackman_
Eleanor M. Lackman

437 Madison Avenue, 25th Floor
New York, NY 10022
Telephone: 212-878-4890
Facsimile: 212-509-7329
eml@msk.com

*Attorney for Defendant Shutterstock, Inc.*

**Granted. SO ORDERED.**

Date: 3/8/2024
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge